# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Iris Sue Smith, | ) | Case No. 1:20-cr-050 |
| | ) | |
| Defendant. | ) | |

On June 5, 2020, this Court granted defendant's request to be released on conditions of supervision for treatment at Amity Circle Tree Ranch, in Tucson, Arizona. (Doc. No. 24). She had planned to fly from Minot to Arizona on Monday, June 8, 2020.

However, counsel for defendant informed the Court that she was unable to board her flight last night. Accordingly, the Court **VACATES** its previous order (Doc. No. 24) and **ORDERS** that defendant report immediately to the United States Marshals' Service with the understanding that she will be detained pending further order of the Court.

**IT IS SO ORDERED**.

Dated this 9th day of June, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court

1