# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Iris Sue Smith, | ) | Case No. 1:20-cr-050 |
| | ) | |
| Defendant. | ) | |

The Court has been advised by the United States Marshal's Service that Defendant failed to comply with the Court's June 9, 2020 order (Doc. No. 25) directing her to report for detention. As such, the Court **ORDERS** that the Clerk's Office issue a warrant for defendant's arrest.

**IT IS SO ORDERED**.

Dated this 10th day of June, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court

1